UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

C.A. No. 05-11658JLT

| | |
|---|---|
| CHRISTOPHER MANGO,<br><br>    Plaintiff (Pro se)<br><br>v.<br><br>PROVINCETOWN POLICE DEPARTMENT, CHIEF SCHUYLER 'TED' MEYER III, OFFICER DAVID DITACHIO, PROVINCTOWN BOARD OF SELECTMEN, MARY JO-AVELLAR, CHAIR PROVINCETOWN TOWN MANAGER KEITH A. BERGMAN, TOWN MANAGER and ATTORNEY GENERAL TOM REILLY,<br><br>    Defendants | DEFENDANTS, PROVINCETOWN BOARD OF SELECTMEN AND PROVINCETOWN POLICE DEPARTMENT'S MOTION TO DISMISS |

    Now come defendants Provincetown Police Department and Provincetown Board of Selectmen (collectively, "municipal defendants"), and hereby move this Honorable Court, pursuant to F.R.C.P. 12(b)(6), to dismiss the plaintiff's Complaint against them in its entirety. As grounds therefore, the municipal defendants state that the plaintiff's Complaint fails to state a cause of action against them, and that they are therefore entitled to dismissal of the Complaint as a matter of law. As further support, the municipal defendants rely upon the attached Memorandum of Law.

2

     WHEREFORE, in view of the foregoing, the municipal defendants respectfully request that the within motion be allowed, and that all claims against them set forth in the plaintiff's Complaint be dismissed.

                                          DEFENDANTS

                                          By their attorneys,

                                          /s/ Jonathan M. Silverstein
                                          Jonathan M. Silverstein (BBO# 630431)
                                          Sarah N. Turner (BBO# 654195)
                                          Kopelman and Paige, P.C.
                                             Town Counsel
                                          31 St. James Avenue
                                          Boston, MA  02116
                                          (617) 556-0007

270109/60700/0662