UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

C.A. No. 05-11658JLT

| | |
|---|---|
| CHRISTOPHER MANGO,<br><br>    Plaintiff (Pro se)<br><br>v.<br><br>PROVINCETOWN POLICE DEPARTMENT,<br>CHIEF SCHUYLER 'TED' MEYER III,<br>OFFICER DAVID DITACHIO,<br>PROVINCTOWN BOARD OF SELECTMEN,<br>MARY JO-AVELLAR, CHAIR<br>PROVINCETOWN TOWN MANAGER<br>KEITH A. BERGMAN, TOWN MANAGER<br>and ATTORNEY GENERAL TOM REILLY,<br><br>    Defendants | CERTIFICATION OF ATTEMPTED<br>CONSULTATION PURSUANT TO<br>LOCAL RULE 7.1 |

Now comes the undersigned counsel of record for the moving defendants and hereby certifies that, on December 29, 2005, he attempted to confer with the pro se plaintiff regarding the foregoing Motions to Dismiss, filed herewith.  However, counsel was unable to so confer, because the pro se plaintiff failed to provide a telephone number, either within his Complaint or on the Summons thereof.  Counsel attempted to obtain a telephone number from directory assistance but was informed that no listing was available.

/s/ Jonathan M. Silverstein
Jonathan M. Silverstein (BBO# 630431)
Kopelman and Paige, P.C.
   Town Counsel
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

270115/60700/0662