UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11658- JLT

| | |
|---|---|
| **CHRISTOPHER MANGO,**<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| **PROVINCETOWN POLICE DEPARTMENT**<br>**ET AL,**<br>    Defendant | )<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF ALISON L. ANDELMAN

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of the undersigned as the attorney for the defendant, Attorney General Tom Reilly, in the above-entitled case.

Respectfully Submitted,
THOMAS F. REILLY
ATTORNEY GENERAL


/s/ Alison L. Andelman
Alison L. Andelman, BBO #659765
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200, Ext. 3311

Date: January 6, 2005