UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET #05-11658-JLT

| | |
|---|---|
| **CHRISTOPHER MANGO**<br>    Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| **PROVINCETOWN POLICE DEPT ET. AL.,**<br>    Defendant | )<br>)<br>) |

### CERTIFICATION UNDER LOCAL RULE 7.1

Counsel for the defendant, Attorney General Tom Reilly, hereby certifies, pursuant to Local Rule 7.1(A)(2), that I conferred with the pro se plaintiff, Christopher Mango, via telephone on **January 6, 2006**, and attempted in good faith to resolve or narrow the issues set forth in Defendant Attorney General Tom Reilly's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. Rule. Civ. Pro. 12(b)(1) for Lack of Subject Matter Jurisdiction.

                                                Respectfully submitted,

                                                THOMAS F. REILLY
                                                ATTORNEY GENERAL

                                                By his Attorney,

                                                /s/ Alison L. Andelman
                                                Alison L. Andelman, BBO# 659765
                                                Assistant Attorney General
                                                Trial Division
                                                One Ashburton Place
                                                Boston, MA  02108
Dated:  January 9, 2006                         (617) 727-2200 x3311

1

**CERTIFICATE OF SERVICE**

    I, Alison L. Andelman, Assistant Attorney General, hereby certify that I have this day, January 9, 2006, served the foregoing document upon the parties, by mailing a copy, first class, postage prepaid to:  Mr. Jay Patrick Mellen, 128 Main Street, Building 2, Apt. #4 Groton, MA 01450; Jonathan M. Silverstein, Esq., Kopelman and Paige, P.C. Town Counsel, 31 St. James Avenue, Boston, MA 02116.

        /s/ Alison L. Andelman_____
        Alison L. Andelman