UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET #05-11658-JLT

| | |
|---|---|
| **CHRISTOPHER MANGO** <br> Plaintiff | ) <br> ) <br> ) |
| vs. | ) <br> ) |
| **PROVINCETOWN POLICE DEPT ET AL,** <br> Defendant | ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I, Alison L. Andelman, Assistant Attorney General, hereby certify that I have this day, **January 9, 2006**, served on *Pro Se*, Christopher Mango, Defendant, Attorney General Tom Reilly's Motion to Dismiss Pursuant To Fed. R. Civ. Pro. 12(B)(1) for Lack Of Subject Matter Jurisdiction; Memorandum of Law in Support of Defendant, Attorney General Tom Reilly's Motion to Dismiss and Certification under LR 7.1.

I, Alison L. Andelman, mailed a copy, first class, postage prepaid to:

1. Christopher Mango 420 32nd Street Union City, NJ 07087.

2. Jonathan M. Silverstein, Esq., Kopelman and Paige, P.C. Town Counsel, 31 St. James Avenue, Boston, MA 02116.


/s/ Alison L. Andelman
Alison L. Andelman, BBO# 659765
Assistant Attorney General
Trial Division
One Ashburton Place
Boston, MA  02108
Dated:  January 9, 2006                    (617) 727-2200 x3311

1