UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

C.A. No. 05-11658JLT

| | |
|---|---|
| CHRISTOPHER MANGO,<br><br>    Plaintiff (Pro se)<br><br>v.<br><br>PROVINCETOWN POLICE DEPARTMENT,<br>CHIEF SCHUYLER 'TED' MEYER III,<br>OFFICER DAVID DITACHIO,<br>PROVINCTOWN BOARD OF SELECTMEN,<br>MARY JO-AVELLAR, CHAIR<br>PROVINCETOWN TOWN MANAGER<br>KEITH A. BERGMAN, TOWN MANAGER<br>and ATTORNEY GENERAL TOM REILLY,<br><br>    Defendants | NOTICE OF APPEARANCE |

Please enter my appearance in the above-captioned matter for the Defendants, Provincetown Police Department, Chief Schuyler "Ted" Meyer III, Officer David Ditachio, Provincetown Board of Selectmen, Mary Jo-Avellar, and Provincetown Town Manager Keith A. Bergman.

DEFENDANTS,

By their attorneys,

/s/Sarah N. Turner
Jonathan M. Silverstein (BBO# 630431)
Sarah N. Turner (BBO# 654195)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

271625/Metg/0662

271619/60700/0607