UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

C.A. No. 05-11658JLT

| | |
|---|---|
| CHRISTOPHER MANGO,<br><br>    Plaintiff (Pro se)<br><br>v.<br><br>PROVINCETOWN POLICE DEPARTMENT,<br>CHIEF SCHUYLER 'TED' MEYER III,<br>OFFICER DAVID DITACHIO,<br>PROVINCTOWN BOARD OF SELECTMEN,<br>MARY JO-AVELLAR, CHAIR<br>PROVINCETOWN TOWN MANAGER<br>KEITH A. BERGMAN, TOWN MANAGER<br>and ATTORNEY GENERAL TOM REILLY,<br><br>    Defendants | NOTICE OF APPEARANCE |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the defendants, Provincetown Police Department, Chief Schuyler 'Ted' Meyer III, Officer David Ditachio, Provincetown Board of Selectmen, Mary Jo-Avellar, Chair, Provincetown Town Manager, Keith A. Bergman, Town Manager ("Municipal Defendants") in the above-entitled action.

                                      MUNICIPAL DEFENDANTS
                                      By their attorneys,

                                      /s/ Jonathan M. Silverstein
                                      Jonathan M. Silverstein (BBO# 630431)
                                      Sarah N. Turner (BBO# 654195)
                                      Kopelman and Paige, P.C.
                                        Town Counsel
                                      31 St. James Avenue
                                      Boston, MA  02116
                                      (617) 556-0007

271328/60700/0662

2

Case 1:05-cv-11658-JLT    Document 13    Filed 01/18/2006    Page 2 of 2