UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

C.A. No. 05-11658JLT

CHRISTOPHER MANGO,

    Plaintiff (Pro se)

v.

PROVINCETOWN POLICE DEPARTMENT,
CHIEF SCHUYLER 'TED' MEYER III,
OFFICER DAVID DITACHIO,
PROVINCTOWN BOARD OF SELECTMEN,
MARY JO-AVELLAR, CHAIR
PROVINCETOWN TOWN MANAGER
KEITH A. BERGMAN, TOWN MANAGER
and ATTORNEY GENERAL TOM REILLY,

    Defendants

NOTICE OF CHANGE OF ADDRESS

Notice is given that as of February 6, 2006, the address of undersigned counsel will be:

Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110-1109
(617) 556-0007
FAX (617) 654-1735

MUNICIPAL DEFENDANTS
By their attorneys,

/s/ Jonathan M. Silverstein
Jonathan M. Silverstein (BBO# 630431)
Sarah N. Turner (BBO# 654195)
Kopelman and Paige, P.C.
  Town Counsel
101 Arch Street
Boston, MA  02110
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of this
Document was served upon the
Pro se party
By mail on March ___, 2006.

_____

276962/60700/0662

2

Case 1:05-cv-11658-JLT    Document 14    Filed 03/15/2006    Page 2 of 2